IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERNADETTE DENISE DICKERSON, | § § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-2493-K-BW |
| | § | |
| CONDUENT COMMERCIAL SOLUTIONS, LLC, | § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

**Signed November 12th, 2025.**

*Ed Kinkeade*

**ED KINKEADE
UNITED STATES DISTRICT JUDGE**